IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELODY LOPEZ, | CASE NO. 5:12-cv-02283 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| AMERICA'S WHOLESALE LENDER, et. al., | |
| Defendant(s). | |

On November 2, 2012, the court ordered Plaintiff to show cause in writing by November 26, 2012, why she failed to serve the summons and complaint on Defendants consistent with Federal Rule of Civil Procedure 4(m). See Docket Item No. 14. The court admonished Plaintiff that this action would be dismissed should she fail to show good cause or accomplish service.

As of this date, Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 27, 2012



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-02283 EJD
ORDER DISMISSING CASE

1